UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Auto Point Limited,

BKY Case No.  10-43005

Debtor.

Chapter 7 Case

Brian F. Leonard, Trustee,

Plaintiff,

v.

Adv. No. 10-04176

ANTHONY J. POPE and
ANTHONY J. POPE, P.C., a
professional corporation,

Defendants.

## STIPULATION (I) ADDING DEFENDANT AND (II) DISMISSING DEFENDANTS

Plaintiff Brian F. Leonard, Trustee (the "Trustee"), Defendants Anthony J. Pope and Anthony J. Pope, P.C., and Caruso, Pope, Smith, Edell, Picini P.C. ("Caruso Pope"), through their undersigned authorized respective counsel, hereby stipulate and agree as follows:

1.  Anthony J. Pope  has provided the Trustee with a sworn affidavit, a true and correct copy of which  is attached hereto as Exhibit A  (the "Pope Affidavit"). The parties hereto agree that the Pope Affidavit shall (i) constitute admissions by Caruso Pope  of the facts stated therein, and (ii) be admissible in this adversary proceeding without any foundation, authentication, or other evidence.

2.      Based on the Pope Affidavit, the Plaintiff agrees that Defendants Anthony J. Pope

and Anthony J. Pope, P.C. shall be dismissed without  prejudice from this

Adversary Proceeding, with each party bearing its own costs and attorneys' fees.

3.      Caruso Pope shall be substituted as the sole defendant to the Adversary

Proceeding.  All pleadings, discovery requests, and other documents previously

filed or served in this case shall continue to apply in this adversary proceeding.

The parties, through their counsel, shall jointly request that the court issue  a new

scheduling order  with new deadlines for discovery, motions,  further filings, and

trial, as follows:  Deadline to complete discovery:          February 28, 2011

Deadline for filing dispositive and other motions:  March 15, 2011

Trial Date:                on or after May 1, 2011

4.      The caption of the Adversary Proceeding shall be:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Auto Point Limited,                                    BKY Case No.  10-43005

        Debtor.                                  Chapter 7 Case

---

Brian F. Leonard, Trustee,

        Plaintiff,

v.                                                     Adv. No. 10-04176

Caruso, Pope, Smith, Edell, Picini, P.C., a
professional corporation,

        Defendants.

---

5.      The parties to this stipulation consent to enter of the order attached as Exhibit A.


**LEONARD, O'BRIEN SPENCER, GALE & SAYRE, LTD.**

Dated: _11-3ø_, 2010          By: _____

Brian F. Leonard, Esq. (#62236)
100 South Fifth Street, #2500
Minneapolis, MN  55402-1234
Tel. (612) 332-1030
Fax (612) 332-2740
E-Mail:  bleonard@losgs.com


**FREDRIKSON & BYRON, P.A.**

Dated: _Nov. 30_, 2010          By: _____

Douglas W. Kassebaum, Esq. (#386802)
200 South Sixth Street, #4000
Minneapolis, MN  55402-1425
Tel. (612) 492-7000
Fax  (612) 492-7077
E-Mail:  dkassebaum@fredlaw.com

ATTORNEYS FOR ANTHONY J. POPE,
ANTHONY J. POPE, P.C., AND
CARUSO, POPE, SMITH, EDELL,
PICINI, P.C.


4826524_1.DOC
431136

# THE ANTHONY POPE LAW FIRM, P.C. A PROFESSIONAL CORPORATION

60 Route 46 East, Fairfield, New Jersey 07004
973-344-4406   973-344-3201 facsimile

Anthony J. Pope, Esq.
apope@anthonypopelawfirm.com

ATTORNEYS AT LAW

50 Park Place, Suite 1400
Newark, New Jersey 07102

Please Reply to Fairfield Address

UNITED STATES BANKRUPCY COURT
DISTRICT OF MINNESOTA

In re:

Auto Point Limited,                                 BKY Case No. 10-43005

    Debtor.                                          Chapter 7 Case

| | |
|---|---|
| Brian F. Leonard, Trustee | : |
| Plaintiff, | : |
| v. | : Adv. No. 10-04176 |
| ANTHONY J. POPE and ANTHONY J. POPE, P.C., a professional corporation, | : |
| Defendants. | : |

## AFFIDAVIT OF ANTHONY J. POPE

Anthony J. Pope, being duly sworn upon oath, states and alleges as follows:

1.    I am a licensed attorney in the State of New Jersey.

2.    The firm name "Anthony J. Pope, P.C." never existed.

3.    At all times relevant to the within facts, I was a principal in the law firm of Caruso Pope Edell & Picini, P.C. ("Caruso Pope").

*Ex. A*

4.      I represented Mr. Ilya Igdelev in the matter of State v. Ilya Igdelev under New Jersey Superior Court, County of Bergen, Indictment No. UI-1550-09 (the "Igdelev Matter").

5.      In connection with the Igdelev Matter, Auto Point Limited (the "Debtor") issued six checks (the "Checks") to the payees indicated in the following chart:

| Payor | Check No. | Check Date | Payee | Amt | Deposit Date |
|---|---|---|---|---|---|
| Auto Point Limited | 15169 | 2/3/2009 | Caruso Pope | 50,000.00 | |
| Auto Point Limited | 15890 | 9/6/2009 | Caruso Pope | 5,000.00 | 9/17/2009 |
| Auto Point Limited | 15966 | 11/2/2009 | Anthony J. Pope | 5,000.00 | 11/3/2009 |
| Auto Point Limited | 16018 | 11/16/2009 | Caruso Pope | 5,000.00 | 11/16/2009 |
| Auto Point Limited | 16058 | 11/23/2009 | Caruso Pope | 2,253.00 | 11/24/2009 |
| Auto Point Limited | 16079 | 12/10/2009 | Ant. Pope Esq | 5,000.00 | 12/23/2009 |

6.      Regardless of the payee indicated on any individual Check, the funds went to Caruso Pope. Attached to this affidavit as Exhibit A are true and correct copies of the checks, general bank journals, deposit tickets, and bank statements that show the flow of funds went from Debtor directly to Caruso Pope.

7.      The two Checks issued to me individually were deposited into Caruso Pope's bank account.

8.      The Debtor issued no checks to "Anthony J. Pope, P.C."

9.      At no time was I or "Anthony J. Pope, P.C." the personal recipient of any funds from the Debtor.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Anthony J. Pope

Subscribed and sworn to before me
This 19th day of November, 2010.

MILDRED A. OLIVER
A Notary Public of New Jersey
My Commission Expires July 23, 2011

## EXHIBIT A

Checks, General Bank Journals, Deposit Tickets, and Bank Statements

Oct  8/2010

Caruso Pope Smith Edell Picini, P.C
General Bank Journal
From May 1/2008

Page: 1

| Date | Entry # | Received From/Paid To Explanation | Matter | Client | Acct# | Cha/Rech/Clr/Btch G/L Acct | Allocated Cheque | Receipt | Entry Tot | Running Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb  3/2009 | 893949 | Auto Point Limited Retainer toward billing | 2777-P001 | Igdalev, Ilya | 2 | 5838 * 1210 Advanced | | 50000.00 | 50000.00 | 406100.35 |
| | | Total for Feb  3/2009: | 50000.00 | | | | | | | |
| Mar  5/2009 | 904301 | Michael Povolotsky (bank check) Reimbursement of Expert fee t | 2777-P001 | Igdalev, Ilya | 2 | 5942 * 1210 Advanced | | 7500.00 | 7500.00 | 413435.35 |
| | | Total for Mar  5/2009: | 7500.00 | | | | | | | |
| Mar 16/2009 | 909767 | Maria Minkovich Paid on account | 2777-P001 | Igdalev, Ilya | 2 | 5983 * 1210 Advanced | | 10000.00 | 10000.00 | 415905.35 |
| | | Total for Mar 16/2009: | 10000.00 | | | | | | | |
| Mar 17/2009 | 909846 | Ilya Igdalev Retainer | 2777-P001 | Igdalev, Ilya | 2 | 5996 * 1210 Advanced | | 5000.00 | 5000.00 | 420905.35 |
| | | Total for Mar 17/2009: | 5000.00 | | | | | | | |
| Mar 25/2009 | 910609 | Ilya Igdalev Add'l retainer | 2777-P001 | Igdalev, Ilya | 2 | 6031 * 1210 Advanced | | 5000.00 | 5000.00 | 425905.35 |
| | | Total for Mar 25/2009: | 5000.00 | | | | | | | |

*** Bank Account Summary ***

| Bank Account | Open Bal | Check Tot | Rcpt Tot | Balance |
|---|---|---|---|---|
| 2  - Cash-BUSINESS-TDNORTH/HUB | 356100.35 | 7695.00 | 77500.00 | 425905.35 |

*** G/L Account Summary ***

| G/L Account | Debit | Credit |
|---|---|---|
| 1010  - Cash-BUSINESS-TDNORT | 77500.00 | 0.00 |
| 1210  - Advanced Client Expe | 0.00 | 77500.00 |
| Total: | 77500.00 | 77500.00 |

REPORT SELECTIONS - General Bank Journal
| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | Stephanie Safro |
| Finished | Friday, October 08, 2010 at 03:50:25 PM |
| Ver | 10.03a |
| Date Range | From May 1/2008 |
| Matters | All |
| Clients | 2777 |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Account | |
| Check/Receipt # | All |
| G/L Account | All G/L Accounts |
| Receipt/Disb | Receipts Only |
| Received From/Paid To | All |
| Sort by | Date |
| Include Daily totals | Yes |
| Totals Only | No |
| Include Corrected Entries | No |
| Include Void/NSF Items Only | No |
| G/L Acct. Summary | Yes |
| Summary by Resp Lawyer | No |
| Show Only Amount Over | No |
| Include Negative Amount | No |
| Payment Method | Cheque,Cash,Credit Card,Bank Chk,Dir Dpst,Money Order,Other,Wire,Crtfd Chk, |

05/07/08    JC    (Sca...
    AJC    Communicate (in ...
05/08/08        regarding attendance at co...
            conference.



**AUTO POINT LIMITED**
PH. 763-591-7777
9130 OLSON MEMORIAL HWY.
GOLDEN VALLEY, MN 55427

17-115/910
0025071068

15169

DATE 02-03-09

PAY TO THE
ORDER OF Picillo Caruso Pope Epell Picini    $50,000.00

Fifty    Thousand _____ DOLLARS

M&I Marshall & Ilsley Bank

MEMO Retainer

⑊091001578⑊ 0025071068⑊ 15169

Oct  8/2010

Caruso Pope Smith Edell Picini, P.C
General Bank Journal
From  May 1/2008

Page: 1

| Date Entry # | Received From/Paid To Explanation | Matter | Acct# Client | Che/Rec#/Clr /Btch G/L Acct | Allocated Cheque | Receipt | Entry Tot | Running Bal |
|---|---|---|---|---|---|---|---|---|
| Apr  2/2009 | Ilya Igdalev | | 10 | 00009  * | | | | |
| 912506 | Add'l retainer | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 5000.00 | 5000.00 | 5000.00 |
| | Total for Apr  2/2009: | 5000.00 | | | | | | |
| Jul 24/2009 | Ilya Igdalev | | 10 | 00323  * | | | | |
| 947492 | Add'l retainer | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 5000.00 | 5000.00 | 10000.00 |
| | Total for Jul 24/2009: | 5000.00 | | | | | | |
| Jul 30/2009 | Ilya Igdalev | | 10 | 00355  * | | | | |
| 948786 | add'l retainer | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 5000.00 | 5000.00 | 15000.00 |
| | Total for Jul 30/2009: | 5000.00 | | | | | | |
| Sep 11/2009 | | | 10 | 113682 | | | | |
| 963865 | Rtnr alloc on Inv: 113682 | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | -92500.00 | | |
| | Rtnr alloc on Inv: 113682 | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 7500.00 | | |
| | Retainers Carried Forward | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 85000.00 | 0.00 | 15000.00 |
| | Total for Sep 11/2009: | 0.00 | | | | | | |
| Sep 17/2009 | Auto Point Limited | | 10 | 00508  * | | | | |
| 963286 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 5000.00 | 5000.00 | 20000.00 |
| | Total for Sep 17/2009: | 5000.00 | | | | | | |
| Oct 23/2009 | | | 10 | 114184 | | | | |
| 971659 | Rtnr alloc on Inv: 114184 | 2777-P001 | Igdalev, Ilya | 5210 Client D: | | -1042.00 | | |
| | Rtnr alloc on Inv: 114184 | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 1042.00 | 0.00 | 20000.00 |
| | Total for Oct 23/2009: | 0.00 | | | | | | |
| Nov  3/2009 | Auto Point Limited | | 10 | 00679  * | | | | |
| 974188 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 5000.00 | 5000.00 | 24970.00 |
| | Total for Nov  3/2009: | 5000.00 | | | | | | |
| Nov 10/2009 | Natalia Kofman | | 10 | 00705  * | | | | |
| 975863 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 2253.46 | 2253.46 | 27223.46 |
| Nov 10/2009 | Ilya Igdalev - Money order | | 10 | 00706  * | | | | |
| 975865 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 749.00 | 749.00 | 27972.46 |
| Nov 10/2009 | Ilya Igdalev - money gram | | 10 | 00707  * | | | | |
| 975867 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 500.00 | 500.00 | 28472.46 |
| Nov 10/2009 | Ilya Igdalev - money gram | | 10 | 00708  * | | | | |
| 975869 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 500.00 | 500.00 | 28972.46 |
| Nov 10/2009 | Ilya Igdalev - money gram | | 10 | 00709  * | | | | |
| 975871 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 500.00 | 500.00 | 29472.46 |
| Nov 10/2009 | Ilya Igdalev - money gram | | 10 | 00710  * | | | | |
| 975873 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 500.00 | 500.00 | 29972.46 |
| | Total for Nov 10/2009: | 5002.46 | | | | | | |
| Nov 16/2009 | Auto Point Limited | | 10 | 00726  * | | | | |
| 977729 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 5000.00 | 5000.00 | 34922.96 |
| | Total for Nov 16/2009: | 5000.00 | | | | | | |
| Nov 17/2009 | Natalia Kofman | | 10 | 00742  * | | | | |
| 977827 | 11/10 deposit returned NSF | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | -2253.46 | -2253.46 | 32669.50 |
| | Total for Nov 17/2009: | -2253.46 | | | | | | |
| Nov 24/2009 | Auto Point Limited | | 10 | 00766  * | | | | |
| 979389 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 2253.00 | 2253.00 | 34922.50 |
| Nov 24/2009 | Payment adjustment from Write Up/Down | | 10 | ADJ  * | | | | |
| 979391 | Adj. for short payment | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 0.46 | | |
| | Adj. for short payment | 2777-P001 | Igdalev, Ilya | 4000.AJ Fees-POP| | | -0.46 | 0.00 | 34922.50 |
| | Total for Nov 24/2009: | 2253.00 | | | | | | |
| Dec 23/2009 | Auto Point Limited | | 10 | 00884  * | | | | |
| 986284 | Paid on account | 2777-P001 | Igdalev, Ilya | 1210 Advanced | | 5000.00 | 5000.00 | 39922.50 |
| | Total for Dec 23/2009: | 5000.00 | | | | | | |

*** Bank Account Summary ***

| Bank Account | Open Bal | Check Tot | Rcpt Tot | Balance |
|---|---|---|---|---|
| 10   - Cash-BUSINESS-Lakeland | 0.00 | 79.50 | 40002.00 | 39922.50 |

*** G/L Account Summary ***

| G/L Account | Debit | Credit |
|---|---|---|
| 1015   - Cash-BUSINESS-Lakela | 40002.00 | 0.00 |
| 1210   - Advanced Client Expe | 0.00 | 41044.46 |
| 4000.AJP - Fees-POPE, ANTHONY J | 0.00 | -0.46 |
| 5210   - Client Disb Clearing | 0.00 | -1042.00 |
| Total: | 40002.00 | 40002.00 |

REPORT SELECTIONS - General Bank Journal

| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | Stephanie Safro |
| Finished | Friday, October 08, 2010 at 03:49:18 PM |
| Ver | 10.03a |
| Date Range | From May 1/2008 |
| Matters | All |
| Clients | 2777 |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Account | 10 - Cash-BUSINESS-Lakeland |
| Check/Receipt # | All |
| G/L Account | All G/L Accounts |
| Receipt/Disb | Receipts Only |
| Received From/Paid To | All |
| Sort by | Date |



**Lakeland bank**

250 OAK RIDGE ROAD
OAK RIDGE, NEW JERSEY 07438-8906
Temp Return Service Requested

LAKE

001 00025 01                          PAGE:      1.
ACCOUNT:            625404413   09/30/2009

*Business- Sept 09*



Illaudaullalludaaclaludllucaudluallulaladaddal

CARUSO POPE EDELL PICINI PC
ATTORNEY BUSINESS ACCOUNT
60 ROUTE 46
FAIRFIELD NJ  07004-3027

=========================================================================
BUSINESS CHECKING ACCOUNT 625404413
=========================================================================

|  | | |
|---|---|---|
| MINIMUM BALANCE | LAST STATEMENT 08/31/09 |  |
| AVG AVAILABLE BALANCE | 31 CREDITS | |
| AVERAGE BALANCE | 199 DEBITS | |
| | THIS STATEMENT 09/30/09 | |



- - - - - - - - DEPOSITS - - - - - - - -
| REF #.....DATE.....AMOUNT | REF #.....DATE.....AMOUNT | REF #.....DATE.....AMOUNT |
|---|---|---|
| 09/01   7,978.13 | 09/15   14,413.10 | 09/25   5,000.00 |
| 09/02   3,913.00 | 09/17   8,725.00 | 09/25   82,302.38 |



**Sep 17, 2009**

LAW Account:   GEN 10

Slip No.   129

| Date | Received From | | Cash | Check | Cr.Card |
|------|---------------|---|------|-------|---------|
| 09/17/09 | ESS Packaging M | | | $105.00 | |
| 09/17/09 | Auto Point Limited | | | $5,000.00 | |
| 09/17/09 | Abletec | | | $1,120.00 | |
| 09/17/09 | Luis Melendez | | | $2,500.00 | |
| | | | .00 | $8,725.00 | $0.00 |

EPOSIT:  $8,725.00

BANK:   Cash-BUSINES

BRANCH:

ACCOUNT:  625404413

HOLDER:

TRANSIT:

*Depositor's Signature*

**AUTO POINT LIMITED**
PH. 763-591-7777
9130 OLSON MEMORIAL HWY.
GOLDEN VALLEY, MN  55427

17-115/910
0025071068

15890

DATE 09-16-09

PAY TO THE
ORDER OF  Caruso Pope Schell Piciri, P.C.    $ 5000 00

Five thousand & 00/100  DOLLARS

**M&I Marshall & Ilsley Bank**

MEMO  legal

⑆091001157⑆ 00250 71068⑈ 15890

Ilya Igdalev

2777-P001

RECEIVED
SEP 17 2009
By_____



**Business Nov 09**

LAKE        001 00025 01        PAGE:      1
**ACCOUNT:**         625404413   11/30/2009

bank
0 OAK RIDGE ROAD
AK RIDGE, NEW JERSEY 07438-8906
Temp-Return Service Requested



CARUSO POPE EDELL PICINI PC
ATTORNEY BUSINESS ACCOUNT
60 ROUTE 46
FAIRFIELD NJ  07004-3027

==================================================================
BUSINESS CHECKING ACCOUNT 625404413
==================================================================

MINIMUM BALANCE                          LAST STATEMENT 10/30/09
AVG AVAILABLE BALANCE                         24 CREDITS
AVERAGE BALANCE                              177 DEBITS
                                         THIS STATEMENT 11/30/09

- - - - - - - - - - - DEPOSITS - - - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 11/02   16,781.51 | 11/12   17,185.89 | 11/23   19,641.92 |
| 11/03   6,140.59 | 11/13   70,000.00 | 11/24   9,112.44 |
| 11/06   19,086.95 | 11/16   20,668.90 | 11/25   4,952.57 |
| 11/09   144,974.69 | 11/17   12,439.06 | 11/30   56,957.94 |
| 11/10   12,765.64 | 11/18   2,595.00 | |
| 11/12   7,998.65 | 11/20   2,321.49 | |






**Nov 03, 2009**

| Date | Received From | | Check | Cr.Card |
|------|---------------|---|-------|---------|
| 11/03/09 | Victor Vizcaino | | $500.00 | |
| 11/03/09 | Queen City Construction | | $640.00 | |
| 11/03/09 | Auto Point Limited | | $5,000.00 | |
| 11/04/09 | Transfer from account 2 | | $0.59 | |
| | | | **$6,140.59** | **$0.00** |
| | | | IT:  **$6,140.59** | |

BANK:      Cash-BUSINESS-Lak

BRANCH:

ACCOUNT:  625404413

HOLDER:

TRANSIT:

*Depositor's Signature*



**AUTO POINT LIMITED**
PH. 763-591-7777
9130 OLSON MEMORIAL HWY.
GOLDEN VALLEY, MN 55427

17-115/910
0025007/068

15966

DATE 11-02-09

PAY TO THE
ORDER OF _Anthony J. Pope_    $ 5,000.00

_Five Thousand_ —————— DOLLARS

M&I Marshall & Ilsley Bank

MEMO

⑆091001157⑆ 00250 71068⑈ 15966



RECEIVED
NOV 0 3 2009
By

_Ilya Igdalev_
11/3/09

2777-P001



**Nov 16, 2009**

CLAW Account:   **GEN 10**

Slip No.   **196**

| Date | Received From | Cash | Check | Cr.Card |
|------|---------------|------|-------|---------|
| 11/16/09 | Caruso Pope Ec | | $950.20 | |
| 11/16/09 | Caruso Pope Ec | | $950.20 | |
| 11/16/09 | Caruso Pope Ec | | $855.18 | |
| 11/16/09 | Caruso Pope Ec | | $950.20 | |
| 11/16/09 | Caruso Pope Ec | | $950.20 | |
| 11/16/09 | Caruso Pope Ec | | $950.20 | |
| 11/16/09 | NJ Inter Govern | | $3,437.72 | |
| 11/16/09 | Falzo Enterprise | | $266.50 | |
| 11/16/09 | 21st Century Au | | $4,048.50 | |
| 11/16/09 | Continental Insu | | $2,310.00 | |
| 11/16/09 | Auto Point Limit | | $5,000.00 | |
| | | $0.00 | $20,668.90 | $0.00 |

*DEPOSIT: $20,668.90*

BANK:   Cash-BUSIN

BRANCH:

ACCOUNT: 625404413

HOLDER:

TRANSIT:

*Depositor's Signature*

**AUTO POINT LIMITED**
PH. 763-581-7777
9130 OLSON MEMORIAL HWY.
GOLDEN VALLEY, MN  55427

17-115/910
0025071068

16018

DATE 11-16-09

PAY TO THE
ORDER OF Caruso PepeEdell Picr $ 5000 00

Five Thousand ————————— DOLLARS

**M&I Marshall & Ilsley Bank**

MEMO _____

⑆091001157⑆ 00250⑈71068⑈ 16018

2777-P001



RECEIVED
NOV 16 2009
By_____



| Date | Received From | | Cash | Check | Cr.Card |
|------|---------------|---|------|-------|---------|
| 11/24/09 | Ralp Lilore | | | $1,500.00 | |
| 11/24/09 | Craig Venson | | | $2,529.32 | |
| 11/24/09 | Tony Santana | | | $1,000.00 | |
| 11/24/09 | Payment adju | | | $0.00 | |
| 11/24/09 | Auto Point Li | | | $2,253.00 | |
| 11/24/09 | Farmers Insu | | | $1,327.22 | |
| 11/24/09 | Marsi Perkins | | | $400.00 | |
| 11/24/09 | Sentry Insura | | | $102.90 | |
| 11/24/09 | Payment adju | | | $0.00 | |
| | | | $0.00 | $9,112.44 | $0.00 |

L DEPOSIT:  $9,112.44

Nov 24, 200

BANK:   Cash-BUS

BRANCH:

ACCOUNT:  625404413

HOLDER:

TRANSIT:

*Depositor's Signature*

PCLAW Account:   GEN 10

Slip No.   205



Re: Ilya Igdalev.



NOV 24 2009

610.46
113687
2777



AUTO POINT LIMITED
PH. 763-591-7777
9130 OLSON MEMORIAL HWY.
GOLDEN VALLEY, MN 55427

PAY TO THE
ORDER OF _____ Edell Rum _____ $2,253.00

Twenty Two Hundred Fifty Three _____ DOLLARS

M&I Marshall & Ilsley Bank

MEMO _____

16058

DATE 11-23-09

17-115/910
0020071008



LAKE    001 00025 01                    PAGE:    1
ACCOUNT:        625404413    12/31/2009

*Business*
*Dec 09*

CARUSO POPE EDELL PICINI PC
ATTORNEY BUSINESS ACCOUNT
60 ROUTE 46
FAIRFIELD NJ  07004-3027

BUSINESS CHECKING ACCOUNT 625404413

| | |
|---|---|
| MINIMUM BALANCE | LAST STATEMENT 11/30/09 |
| AVG AVAILABLE BALANCE | 28 CREDITS |
| AVERAGE BALANCE | 193 DEBITS |
| | THIS STATEMENT 12/31/09 |

 

- - - - - - - - - DEPOSITS - - - - - - - - - -

| REF #.....DATE.....AMOUNT | REF #.....DATE.....AMOUNT | REF #.....DATE.....AMOUNT |
|---|---|---|
| 12/01    3,540.00 | 12/10      639.66 | 12/18   16,340.29 |
| 12/02    5,445.59 | 12/11   20,323.74 | 12/22      835.65 |
| 12/03       72.00 | 12/14   19,358.41 | 12/23    5,000.00 |



Dec 23, 2009

| Date | Received From |
| --- | --- |
| 12/23/09 | Auto Point Limited |

BANK:        Cash-BUSINESS

BRANCH:

ACCOUNT:   625404413

HOLDER:

TRANSIT:

*Depositor's Signature*

RECEIVED
DEC 2 3 2009
By

*Ilya Igdalev* (signature)

Rcd 12/22



AUTO POINT LIMITED
PH: 763-591-7777
9130 OLSON MEMORIAL HWY,
GOLDEN VALLEY, MN  55427

17-116/910
0025071068

16079

DATE *12-10-09*

PAY TO THE
ORDER OF _*Art Pore ESQ*_   $ *5000.00*

_*Five Thousand*_ _____ DOLLARS

M&I Marshall & Ilsley Bank

MEMO _*Legal*_

⑆091001157⑆ 00250⑈710680⑈ 16079

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Auto Point Limited,                                                 BKY Case No.  10-43005

           Debtor.                                          Chapter 7 Case

---

Brian F. Leonard, Trustee,

           Plaintiff,

v.                                                                  Adv. No. 10-04176

ANTHONY J. POPE and
ANTHONY J. POPE, P.C., a
professional corporation,

           Defendants.

---

## ORDER (I) ADDING DEFENDANT AND (II) DISMISSING DEFENDANTS

---

This case came before the court on the stipulation of Plaintiff Brian F. Leonard, Trustee (the "Trustee"), Defendants Anthony J. Pope and Anthony J. Pope, P.C., and Caruso, Pope, Smith, Edell, Picini P.C. ("Caruso Pope").  Based on the stipulation and all the files, records and proceedings herein, and the court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.      The stipulation is approved.

2.      Defendants Anthony J. Pope and Anthony J. Pope, P.C. are dismissed from this adversary proceeding without prejudice, with each party bearing its own costs and attorneys' fees and the Trustee bearing his costs and attorneys' fees.

3.      Caruso, Pope, Smith, Edell, Picini, P.C. shall be substituted as the sole defendant

to this adversary proceeding.

4.      The caption of this adversary proceeding shall be:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Auto Point Limited,                                                    BKY Case No.  10-43005

                    Debtor.                                                    Chapter 7 Case

---

Brian F. Leonard, Trustee,

                    Plaintiff,

v.                                                                             Adv. No. 10-04176

Caruso, Pope, Smith, Edell, Picini, P.C., a
professional corporation,

                    Defendants.

---

    Dated:                                      _____
                                                Nancy C. Dreher
                                                Chief United States Bankruptcy Judge