UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 10-43005 |
| Auto Point, Limited, | Chapter 7 |
| Debtors. | |
| Brian F. Leonard, Trustee, | Adv. Proc. No. 10-04176 |
| Plaintiff, | **ORDER** |
| .          v. | |
| Caruso, Pope, Smith, Edell, Picini P.C., a professional corporation, and Ilya Igdalev, an individual, | |
| Defendants. | |

Pursuant to the Stipulation to Extend Time to Respond to the Complaint of Plaintiff Brian F. Leonard and defendant Ilya Igdalev,

IT IS HEREBY ORDERED:

That the stipulation is approved and the defendant Ilya Igdalev shall have until and including July 5, 2011, to answer, move or otherwise respond to the complaint.

Dated: June 23, 2011

BY THE COURT:

/e/ Nancy C. Dreher
_____
Nancy C. Dreher
United States Bankruptcy Judge

1361136.1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/23/2011*
Lori Vosejpka, Clerk, by KK

United States Bankruptcy Court
District of Minnesota

LEONARD TRUSTEE,
    Plaintiff

Adv. Proc. No. 10-04176-NCD

Caruso, Pope, Smith, Edell, Picini P.C.,
    Defendant

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0864-4 | User: karen | Page 1 of 1 | Date Rcvd: Jun 24, 2011 |
| | Form ID: pdf111 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2011.
```
pla          +BRIAN F LEONARD TRUSTEE,    100 S 5TH ST,    STE 1200,    MINNEAPOLIS, MN 55402-1259
dft          +ILYA IGDALEV,    216 10TH STREET,    CRESSKILL, NJ 07626-1901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2011**    **Signature:** _Joseph Speetjens_